Keith A. Dawson, Bar No. 074310
William F. Wraith, Bar No. 185927
DAWSON & DAWSON,
A Professional Corporation
2660 East Coast Highway
Corona Del Mar, CA 92625
(949) 720-9414


Attorneys for Defendant
Monaco Coach Corporation


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| STEVE CARLSON, TARA CARLSON, AND KAREN PEARSON, <br><br> Plaintiffs <br> v. <br><br> MONACO COACH CORPORATION, <br><br> Defendant. | Case No. 2:05-cv00181-LKK-GGH <br><br> ORDER ALLOWING PLAINTIFFS TO AMEND THE COMPLAINT AND DROPPING MONACO COACH CORPORATION'S MOTION TO DISMISS |

   IT IS HEREBY STIPULATED by and between defendant MONACO COACH CORPORATION ("MONACO") and Plaintiffs STEVE CARLSON, TARA CARLSON, AND KAREN PEARSON, by and through their respective attorneys of record as follows:

   1. On or about January 31, 2005, Plaintiffs filed their Complaint for Damages in the above-entitled Court;
   2. On or about March 24, 2005 MONACO timely responded to the Complaint by filing a Motion to Dismiss For Failure to State a Claim;
   3. On or before May 9, 2005, Plaintiffs agree to file a First

1
**STIPULATION AND PROPOSED ORDER**

        Amended Complaint, attaching as an exhibit the Retail Installment Sales Contract executed by Plaintiffs in connection with the purchase of the motor home that is the subject of this lawsuit (the "Motor Home").

4. In addition, Plaintiffs agree to allege with specificity the location of the "delivery" of the motor home, including the location where possession was "delivered" and the date of "delivery," and Plaintiffs agree to attach to the Complaint as an exhibit Board of Equalization documents that pertain to the "delivery" and which are reasonably in their possession;

5. Because of this Stipulation, MONACO and Plaintiffs ask the Court to take off of its calendar the May 9, 2005 hearing on MONACO's Motion to Dismiss.

**IT IS SO STIPULATED**

Dated:   April 25, 2005        MAKLER & BAKER, LLP

_____/s/_____
Terry L. Baker, Attorneys for Plaintiffs

Dated:   April 25, 2005        DAWSON & DAWSON,
                               A Professional Corporation

_____/s/_____
William F. Wraith, Attorneys for Defendant Monaco Coach Corporation

2
**STIPULATION AND PROPOSED ORDER**

**ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiffs have until May 9, 2005 to Amend the Complaint, attaching as an exhibit the Retail Installment Sales Contract executed by Plaintiffs in connection with the purchase of the motor home that is the subject of this lawsuit (the "Motor Home"). Plaintiffs shall also allege with specificity the location of the "delivery" of the motor home, including the location where possession was "delivered" and the date of "delivery," and Plaintiffs shall to attach to the Complaint as an exhibit any Board of Equalization documents that pertain to the "delivery" and are reasonably in their possession.

Further, the May 9, 2005 hearing on Monaco's Motion to Dismiss is dropped from calendar.

**IT IS SO ORDERED**

Dated: April 27, 2005

/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge
U.S. District Court

**STIPULATION AND PROPOSED ORDER**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

**STIPULATION AND PROPOSED ORDER**