Keith A. Dawson, Bar No. 074310
William F. Wraith, Bar No. 185927
DAWSON & DAWSON,
A Professional Corporation
2660 East Coast Highway
Corona Del Mar, CA 92625
(949) 720-9414

Attorneys for Defendant
Monaco Coach Corporation

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CARLSON, TARA CARLSON, AND KAREN PEARSON,<br><br>Plaintiffs<br>v.<br><br>MONACO COACH CORPORATION,<br><br>Defendant. | Case No. 2:05-cv00181-LKK-GGH<br><br>STIPULATED PROTECTIVE ORDER |

This Stipulation is entered into between Defendant MONACO COACH CORPORATION ("MONACO") and Plaintiffs STEVE CARLSON, TARA CARLSON, and KAREN PEARSON (collectively "the Parties"), by and through their attorneys of record:

**RECITALS**

1. The Parties set forth the following Recitals:

    A. A dispute arose between the Parties regarding documents entitled "CASE STUDY" and "WHOLESALE PRICES-CONFIDENTIAL" (collectively the "Protected Documents") which were inadvertently produced by MONACO's counsel of record.

    B. The Protected Documents were inadvertently disclosed to

      Plaintiffs as part of MONACO's Initial Disclosures, served on July 13, 2005.

C.  The Protected Documents are comprised of a total of 12 pages. The "Case Study" is a nine-page document for which MONACO claims the attorney-client privilege. It is a communication from MONACO to its counsel of record. The Case Study is marked at the top of each page as: "Prepared for legal counsel in anticipation of litigation."

D.  The "Wholesale Prices-Confidential" document is a three-page document that contains confidential wholesale pricing of MONACO's products. MONACO contends that the "Wholesale Prices-Confidential" document reveals information that is crucial to its business practices because the wholesale prices are an indication of price markups and profits. The first page of this document is marked "Confidential."

E.  On or about August 24, 2005, MONACO filed an Ex Parte Application for Protective Order and a Motion for Protective Order in which it asserted its intent to keep both documents to be safe from the disclosure to third parties, other than their counsel. MONACO further explained that it maintained safeguards to keep the documents from third-parties. In addition to the Motion and Ex Parte Application, MONACO filed supporting Declarations of William F. Wraith and Enoch Hutchcraft. MONACO's Motion for Protective Order sought the relief as set forth therein.

F.  The Parties wish to resolve the issues raised in MONACO's

    Motion for Protective Order and Ex Parte Application by agreeing to have the Court enter an Order as set forth below. Upon the signing of this Stipulation by Terry L. Baker, MONACO will take off-calendar its Motion for Protective Order and its Ex Parte Application, referenced above.

 G. This Order shall remain in effect after the conclusion of this action.

**ORDER**

THEREFORE, IT IS HEREBY STIPULATED between the Parties that the foregoing Recitals are incorporated herein as though fully set forth, and the following Order be entered:

1. Plaintiffs, their counsel, and any of their representatives shall return the twelve pages of Defendant MONACO COACH CORPORATION's ("MONACO") documents entitled "CASE STUDY" and "WHOLESALE PRICES-CONFIDENTIAL";

2. Plaintiffs and their counsel, or any of their representatives, shall destroy all notes and all other work product reflecting content obtained directly from the Protected Documents;

3. Plaintiffs and their counsel, or any of their representatives, shall delete from any computer database or other computer file, any information obtained directly from the contents of the Protected Documents;

4. Plaintiffs and their counsel, or any of their representatives, are prohibited from any further use, disclosure, or revelation of any information obtained directly from to the Protected Documents; and

5. MONACO has not waived or forfeited its assertion of privileges

as to the Protected Documents.

Dated: August 30, 2005

DAWSON & DAWSON,
A Professional Corporation

/s/ William F. Wraith
William F. Wraith, Attorneys for Defendant Monaco Coach Corporation

Dated: August 29, 2005

MAKLER & BAKER, LLP

Terry L. Baker, Attorneys for Plaintiffs Steve Carlson, Tara Carlson, and Karen Pearson

IT IS SO ORDERED

Dated: Sept. 6, 2005

GREGORY G. HOLLOWS
UNITED STATES ~~DISTRICT~~ JUDGE
Mag.

---

4
**STIPULATED PROTECTIVE ORDER**