UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEVE CARLSON; TARA CARLSON; and KAREN PEARSON,

        Plaintiffs,

   v.

MONACO COACH CORPORATION,

        Defendant.
_____/

NO. CIV. S-05-181 LKK/GGH

O R D E R

    The court is in receipt of defendant Monaco Coach Corporation's ex parte application to extend the discovery cut off date. A telephonic Status Conference was held with the parties on November 28, 2005. At that hearing, the court ordered that all dates heretofore set are VACATED and the following dates are SET:

    1.  Exchange and filing of expert reports: February 6, 2006;

    2.  Discovery motion cut off: April 3, 2006;

    3.  Law and Motion cut off: May 1, 2006;

1

1     4.   Pretrial Conference:  September 11, 2006 at 2:00 p.m.;
2  and
3     5.   Trial:  December 5, 2006 at 10:30 a.m.
4     Trial will be by jury.  The parties estimate in good faith
5  that the trial will last approximately seven (7) days.
6     No further extensions will be granted.
7     IT IS SO ORDERED.
8     DATED:  November 29, 2005

         /s/Lawrence K. Karlton
         LAWRENCE K. KARLTON
         SENIOR JUDGE
         UNITED STATES DISTRICT COURT

2