UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEVE CARLSON; TARA CARLSON; and KAREN PEARSON,

        Plaintiffs,

  v.

MONACO COACH CORPORATION,

        Defendant.
_____/

NO. CIV. S-05-181 LKK/GGH

O R D E R

    The court is in receipt of plaintiff's ex parte application for an order shortening time and defendant's response. Good cause appearing, the court orders the following:

    1.  Hearing on defendant's motion for summary judgment is CONTINUED to May 15, 2006 at 10:00 a.m. in Courtroom No. 4;

    2.  The discovery deadline set in the court's November 30, 2005 Status Order is EXTENDED for the sole purpose of allowing the magistrate judge to hear the motion to compel contemplated in plaintiff's application.

1

1    3.   Any motion to compel shall be FILED not later than March
2 17, 2006 and NOTICED for hearing before the Honorable Gregory G.
3 Hollows on April 13, 2006 at 10:00 a.m. in Courtroom No. 24.
4    IT IS SO ORDERED.
5    DATED:  March 2, 2006.
6                             /s/Lawrence K. Karlton
                              LAWRENCE K. KARLTON
7                             SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26