UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEVE CARLSON; TARA CARLSON; and KAREN PEARSON,

        Plaintiffs,

   v.

MONACO COACH CORPORATION,

        Defendant.
_____/

NO. CIV. S-05-181 LKK/GGH

O R D E R

The court is in receipt of defense counsel's March 7, 2006 letter to the court as well as the correspondence between the parties regarding the March 7th letter. The court will not consider the matter unless a party submits a motion to the court.

////
////
////
////
////

1

1  There appears to be nothing contained within defendant's
2  purported "reply brief" to warrant a sealing order and that request
3  is denied.  Likewise, the court will not order sealed the
4  declaration of Terry Baker.
5  IT IS SO ORDERED.
6  DATED:  March 2, 2006.

7                                  /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
8                                   SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT