UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEVE CARLSON; TARA CARLSON; and KAREN PEARSON,

        Plaintiffs,

   v.

MONACO COACH CORPORATION,

        Defendant.

                                  /

NO. CIV. S-05-181 LKK/GGH

O R D E R

A telephonic Status Conference was held with the parties on March 27, 2006. At that hearing, the court ORDERED as follows:

1. The discovery deadline set in the court's Status Order is EXTENDED for ten days for the sole purpose of allowing the magistrate judge to hear plaintiff's motion for terminating sanctions.

2. The hearing on defendant's motion for summary judgment is CONTINUED to August 28, 2006 at 10:00 a.m. in Courtroom No. 4.

////

1

3. The Pretrial Conference is CONTINUED to December 4, 2006 at 2:00 p.m.; and

4. Trial is CONTINUED to March 20, 2007 at 10:30 a.m. in Courtroom No. 4.

5. All previously set dates are VACATED.

IT IS SO ORDERED.

DATED: March 28, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2