UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEVE CARLSON; TARA CARLSON; and KAREN PEARSON,

        Plaintiffs,

  v.

MONACO COACH CORPORATION,

        Defendant.
_____/

NO. CIV. S-05-181 LKK/GGH

O R D E R

Pending before the court are the parties' objections to the magistrate judge's findings and recommendations. Upon review of these documents, it is apparent that substantial portions of the parties' objections pertain to the magistrate judge's order, issued on the same day and within the same document as the findings and recommendations. To the extent that the parties object to the order, the court will view the objections as motions to reconsider the magistrate judge's order.

////

1

1  Non-dispositive pre-trial motions referred to the magistrate
2  judge pursuant to 28 U.S.C. § 636(b)(1)(A) are reviewed under a
3  clearly erroneous or contrary to law standard.  See 28 U.S.C.
4  § 636(b)(1)(A); United States v. Raddatz, 447 U.S. 667, 673 (1980).
5  Here, neither party has established that the magistrate judge's
6  order is clearly erroneous or contrary to law.  For this reason,
7  the parties' motions to reconsider the magistrate judge's order are
8  DENIED.

9  With respect to the magistrate judge's findings and
10 recommendations, the court has reviewed the objections filed by
11 both parties.  In accordance with the provisions of 28 U.S.C.
12 § 636 (b)(1)(C) and Local Rule 72-304, this court has conducted a
13 de novo review of this case.  Having carefully reviewed the entire
14 file, the court finds the findings and recommendations to be
15 supported by the record and by proper analysis.  Accordingly, the
16 findings and recommendations filed on April 20, 2006 are ADOPTED
17 in full and the motion for terminating sanctions is DENIED.

18 A Status Conference is hereby SET for July 10, 2006 at 3:00
19 p.m.  Given the pending Status Conference, the June 30, 2006
20 deadline to depose plaintiff's new expert is hereby VACATED.

21 Similarly, plaintiff's ex parte application for additional
22 time to file objections to the findings and recommendations and a
23 request to continue the hearing on defendant's motion for summary
24 ////
25 ////
26 ////

judgment is DENIED.  Plaintiff's concerns regarding the hearing date shall be addressed at the Status Conference.

    IT IS SO ORDERED.

    DATED: June 21, 2006.

```
                                  /s/ Lawrence K. Karlton
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT
```