UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEVE CARLSON; TARA CARLSON; and KAREN PEARSON,

        Plaintiffs,

  v.

MONACO COACH CORPORATION,

        Defendant.
_____/

NO. CIV. S-05-181 LKK/GGH

O R D E R

On August 1, 2006 the court issued an order setting new dates in the above captioned case. Per that order, defendant's motion for summary judgment was set to be heard on November 13, 2006. However, defendant's motion for summary judgment is not due until October 30, 2006. Accordingly, the hearing date must be continued in order to provide plaintiff with time to file an opposition brief or statement of non-opposition. The court hereby orders as follows:

    1.   Defendant shall file its motion for summary judgment

1

        no later than October 30, 2006.

2. Plaintiff shall file an opposition brief or a statement of non-opposition no later than November 13, 2006.

3. Defendant shall file a reply no later than November 20, 2006.

4. Defendant's motion for summary judgment shall be heard on December 1, 2006 at 10:00 a.m. in Courtroom No. 4.

5. Dates for pretrial and trial remain unchanged.

IT IS SO ORDERED.

DATED: October 20, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2