**MAKLER & BAKER LLP**
TERRY L. BAKER   (SBN 214365)
226 E. Canon Perdido Street, Suite J
Santa Barbara, CA 93101
Tel:   (805) 965-4651
Fax:   (805) 965-4671

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CARLSON, TARA CARLSON, AND KAREN PEARSON, | Case No.  2:05-CV00181-LKK-GGH |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION TO CONTINUE TRIAL** |
| vs. | |
| MONACO COACH CORPORATION, | |
| Defendant. | |

Plaintiffs' Ex Parte Application To Continue Trial was reviewed and considered by the Court.  Upon consideration of the moving papers filed in support of the application, and good cause appearing, IT IS ORDERED:

1.   The trial of this matter is continued to August 7, 2007, at 10:30 a.m.

2.   All corresponding filing deadlines shall be continued accordingly.

Dated: March 29, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

Carlson, et al. v. Monaco Coach Corporation                    Oder Granting Ex Parte Application