**MAKLER & BAKER LLP**
TERRY L. BAKER   (SBN 214365)
226 E. Canon Perdido Street, Suite J
Santa Barbara, CA 93101
Tel:   (805) 965-4651
Fax:   (805) 965-4671

Attorneys for Plaintiffs
STEVE CARLSON, TARA CARLSON and KAREN PEARSON

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CARLSON, TARA CARLSON, AND KAREN PEARSON,<br><br>                Plaintiffs,<br><br>vs.<br><br>MONACO COACH CORPORATION,<br><br>                Defendant. | Case No.: 2:05-CV00181-LKK-GGH<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AND ORDER THEREON** |

It is hereby stipulated, by and between plaintiffs, Steve Carlson, Tara Carlson, Karen Pearson, and defendant, Monaco Coach Corporation, by and through their respective counsel of record, that based on the settlement that the parties have entered into, the above-captioned matter be dismissed, with prejudice, pursuant to FRCP Rule 41(a)(1).

///
///
///
///
///
///

1 | Dated: October 18, 2007     MAKLER & BAKER LLP

/s/ Terry L. Baker
TERRY L. BAKER
Attorneys for Plaintiffs

Dated: October 18, 2007     DAWSON & DAWSON

/s/ Keith Dawson
KEITH DAWSON
Attorney for Monaco Coach Corporation

## **ORDER**

The parties having stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed, with prejudice.

Dated: October 19, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AND ORDER THEREON**